# jackson lewis

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
58 South Service Road
Suite 250
Melville, New York 11747
Tel 631 247-0404
Fax 631 247-0417
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY, NY | GREENVILLE, SC | MONMOUTH COUNTY, NJ | RALEIGH, NC |
| ALBUQUERQUE, NM | HARTFORD, CT | MORRISTOWN, NJ | RAPID CITY, SD |
| ATLANTA, GA | HONOLULU, HI* | NEW ORLEANS, LA | RICHMOND, VA |
| AUSTIN, TX | HOUSTON, TX | NEW YORK, NY | SACRAMENTO, CA |
| BALTIMORE, MD | INDIANAPOLIS, IN | NORFOLK, VA | SALT LAKE CITY, UT |
| BIRMINGHAM, AL | JACKSONVILLE, FL | OMAHA, NE | SAN DIEGO, CA |
| BOSTON, MA | KANSAS CITY REGION | ORANGE COUNTY, CA | SAN FRANCISCO, CA |
| CHICAGO, IL | LAS VEGAS, NV | ORLANDO, FL | SAN JUAN, PR |
| CINCINNATI, OH | LONG ISLAND, NY | PHILADELPHIA, PA | SEATTLE, WA |
| CLEVELAND, OH | LOS ANGELES, CA | PHOENIX, AZ | ST. LOUIS, MO |
| DALLAS, TX | MADISON, WI | PITTSBURGH, PA | TAMPA, FL |
| DAYTON, OH | MEMPHIS, TN | PORTLAND, OR | WASHINGTON, DC REGION |
| DENVER, CO | MIAMI, FL | PORTSMOUTH, NH | WHITE PLAINS, NY |
| DETROIT, MI | MILWAUKEE, WI | PROVIDENCE, RI | |
| GRAND RAPIDS, MI | MINNEAPOLIS, MN | | |

*through an affiliation with Jackson Lewis P.C., a Law Corporation

MY DIRECT DIAL IS: 914-382-9316
MY EMAIL ADDRESS IS: DOBSONK@JACKSONLEWIS.COM

November 7, 2017

VIA ECF

Honorable Sanket J. Bulsara
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: **Chan Min Jeon v. The Pavilion at Queens Rehab**
    **Docket No.: 15 CV 5114**

Dear Magistrate Judge Bulsara:

      We are the attorneys for Defendant in connection with the above-referenced action. We write to request an extension of time through November 17, 2017 for Defendant to respond to Plaintiff's "memorandum explaining why the Court has subject matter jurisdiction over this action." (Docket Entry No. 20). As discussed with your law clerks, the adjournment is requested based upon the undersigned's recent medical issues associated with the pregnancy and birth of my child and this matter being transitioned to another attorney in the office for handling.

      Thank for you for the Court's consideration of this request. If you need to contact me to discuss, please call my cell phone at 914.382.9316.

Respectfully submitted,

JACKSON LEWIS P.C.

*Kimberly N. Dobson*

Kimberly N. Dobson

cc: Chan Min Jeon, Plaintiff *Pro Se* (*via* mail)
221-27 59th Avenue
Bayside, New York 11364